## EURY v. NATIONWIDE MUTUAL INS. CO.

[342 N.C.645 (1996)]

RUTH A. EURY v. NATIONWIDE MUTUAL INSURANCE COMPANY

No. 535PA94

(Filed 9 February 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 116 N.C. App. 490, 448 S.E.2d 389 (1994), affirming an order entered by Helms, J., on 19 August 1993, in Superior Court, Union County. Pursuant to Rule 30(f)(1) of the North Carolina Rules of Appellate Procedure, this case was reviewed without oral argument.

*Smith, Follin & James, L.L.P., by J. David James, for plaintiff-appellee.*

*Baucom, Claytor, Benton, Morgan, Wood & White, P.A., by Rex C. Morgan, for defendant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is vacated, and the case is remanded for further consideration in light of the authority of *Nationwide Mut. Ins. Co. v. Mabe*, 342 N.C. 482, 467 S.E.2d 34 (1996).

VACATED AND REMANDED.